Edward T. Weber, Esq., #194963
Kristi M. Wells, Esq., # 276865
**LAW OFFICES OF EDWARD T. WEBER**
17151 Newhope Street, Suite 203
Fountain Valley, California 92708
Telephone: 657-235-8359
Fax: 714-459-7853
Email: ed@eweberlegal.com

Attorney for Secured Creditor
Mural Media LLC 401K plan as to an undivided 43.333% interest and Provident Trust Group FBO George S. Simmons Rollover IRA #3900656 as to an undivided 38.889% interest and Dwight Centanne, an unmarried man as to an undivided 17.778% interest

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In Re<br><br>Dominique C Edwards<br><br>Debtor. | Case No.: 2:19-bk-22197-WB<br><br>*Chapter 13*<br><br>**OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>Confirmation:</u><br>Date: February 5, 2020<br>Time: 10:00 a.m.<br>Courtroom: 1375 |

**TO THE COURT, THE TRUSTEE, THE DEBTOR, DEBTOR'S ATTORNEY OF RECORD, AND TO ALL PARTIES IN INTEREST:**

Secured Creditor, Mural Media LLC 401K plan as to an undivided 43.333% interest and Provident Trust Group FBO George S. Simmons Rollover IRA #3900656 as to an undivided 38.889% interest and Dwight Centanne, an unmarried man as to an undivided 17.778% interest

-1-
OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

hereby objects to confirmation of the Debtor's Second Amended Chapter 13 Plan filed January 31, 2020 as follows:

    1.   Secured Creditor holds a Deed of Trust concerning the real property located at 19316 Reinhart Avenue, Carson, CA 90745. The real property is the Debtor's principal residence.

    2.   Secured Creditor filed a Proof of Claim in this case for $549,403.65. The debtor was in default at the time of bankruptcy filing in the amount of $86,585.12.

    3.   The Plan misclassifies the claim as a Class 2 Claim. While this claim is secured by the Debtor's principal residence, the final payment on the loan is not due after the term of the Plan. The loan matures September 1, 2021 which is within the term of the Plan. The Plan is proposed at 60 months.

    4.   The Plan does not provide for interest on the arrears.

    5.   The Plan does not provide for payoff the loan on or before the maturity date.

LAW OFFICES OF EDWARD T. WEBER

Dated: January 31, 2020    By: _/s/ Edward T. Weber_
                                  Edward T. Weber, Esq.
                                  Attorneys for Secured Creditor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17151 Newhope Street, Suite 203, Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 31, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Onyinye N Anyama    onyi@anyamalaw.com, anyamainfo@gmail.com;info_anyama@ecf.courtdrive.com
Nancy K Curry (TR)    TrusteeECFMail@gmail.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Edward T Weber    ed@eweberlegal.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 31, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor - Dominique C Edwards - 19316 Reinhart Avenue, Carson, CA 90746
Judge: Honorable Julia W. Brand - 255 E. Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 31, 2020 | Crystal Dalton | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE